IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DORSEY TAYLOR SR., <br><br> Petitioner, <br><br> vs. <br><br> TAGGERT BOYD, <br><br> Respondent. | 8:23CV24 <br><br> **MEMORANDUM AND ORDER** |

Petitioner filed a Petition for Writ of Habeas Corpus, Filing No. 1, and a Motion for Leave to Proceed in Forma Pauperis, Filing No. 2. Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 filing fee. 28 U.S.C. § 1914(a). However, after considering Petitioner's financial status as shown in the records of this Court (*see* inmate trust account statement at Filing No. 5), leave to proceed in forma pauperis will be granted and Petitioner is relieved from paying the filing fee. *See* 28 U.S.C. § 1915(a)(1).

IT IS THEREFORE ORDERED that: Petitioner's Motion for Leave to Proceed in Forma Pauperis, Filing No. 2, is granted. The next step in this case is for the Court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The Court will conduct this review in its normal course of business.

Dated this 23rd day of February, 2023.

BY THE COURT:

*Joseph F. Bataillon*

Joseph F. Bataillon
Senior United States District Judge